UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 26-1783

UNITED STATES,

Plaintiff – Appellant,

v.

SCANLAN, et al

Defendants – Appellees.

**MOTION TO EXTEND DEADLINE TO FILE ANSWERING BRIEF**

The Appellees, Secretary of State David Scanlan and the State of New Hampshire, respectfully move to extend the briefing deadline in this matter by thirty (30) days to October 2, 2026. In support of this request, the Appellees state as follows:

1. On August 3, 2026, this Court issued a briefing notice setting a deadline for appellant's brief on September 14. The Plaintiff-Appellant filed its initial brief later that same day. As a result,

Appellees answering brief is currently due on or before September 2, 2026.

2. Undersigned counsel is going to be unable to devote sufficient time to complete briefing by this deadline. Undersigned counsel, as Chief of Civil Appeals at the New Hampshire Attorney General's Office, carries a heavy docket of appeals before the New Hampshire Supreme Court. More than half of the cases on this docket are on expedited briefing schedules as they involve child welfare matters or involuntary commitments/guardianships. Without the normal lead time that would naturally be provided by a delay between the issuing of the order setting a deadline for Appellant's brief and the actual filing of the Appellant's opening brief, it will not be possible for undersigned counsel to devote sufficient time to completing the briefing in this matter by the September 2 deadline.

3. Undersigned counsel has conferred with the other parties. The Intervenor-Appellees assent to the relief requested herein and additionally request that, should it be granted, their deadline be likewise extended as keep the briefing schedule aligned. The Plaintiff-

Appellant United States indicated their opposition to the relief requested herein.

WHEREFORE, Appellees State of New Hampshire and Secretary Scanlan respectfully request that this Honorable Court:

A. Extend the deadline for all answering briefs in this matter to October 2, 2026, and

B. Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

DAVID M. SCANLAN, NEW HAMPSHIRE SECRETARY OF STATE

and

THE STATE OF NEW HAMPSHIRE

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

ANTHONY J. GALDIERI
SOLICITOR GENERAL

August 20, 2026 *\/s/ Mary A. Triick*

Mary A. Triick, No. 1213543
Senior Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place, South
Concord, NH 03301
(603) 271-0447
mary.a.triick@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

August 20, 2026

*/s/ Mary A. Triick*
Mary A. Triick, No. 1213543
Senior Assistant Attorney General