# United States Court of Appeals
## For the First Circuit

No. 26-1783

UNITED STATES,

Plaintiff - Appellant,

v.

DAVID M. SCANLAN, New Hampshire Secretary of State; STATE OF NEW HAMPSHIRE; NEAL KURK; ROBERT PERRY; LOUISE SPENCER; CHRISTOPHER COLE,

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 2, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for **Appellees David M. Scanlan and State of New Hampshire** to file a brief be enlarged to and including October 2, 2026.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James Joseph Armillay Jr., Gilles R. Bissonnette, Noah Bokat-Lindell, Andrew Braniff, Nicholas W. Brown, Stacey Bucci, John Casali, Bridget I. Davidson, Christopher D. Dodge, Steven J. Dutton, Jeremy D. Eggleton, David Robert Fox, Daniel J. Freeman, Aaron M. Frey, Elisabeth C. Frost, David N. Goldman, Daniel E. Hall, William Miles Hughes, Sejal S. Jhaveri, Raphael Katz, Henry R. Klementowicz, Daniel Michael Kobrin, Kiersten Jennifer Korczynski, Sophia Lin Lakin, Theresa J. Lee, Branden D. Lewiston, Walker Roy McKusick, Robin D. Melone, Maura Eileen O'Connor, Jonathan Rosenberg, Mary Alissa Triick, Paul J. Twomey, Christopher Chen-Hsin Wang