# United States Court of Appeals
## For the First Circuit

No. 26-1783

UNITED STATES,

Plaintiff - Appellant,

v.

DAVID M. SCANLAN, New Hampshire Secretary of State; STATE OF NEW HAMPSHIRE; NEAL KURK; ROBERT PERRY; LOUISE SPENCER; CHRISTOPHER COLE,

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 16, 2026

This matter is before the court on the motion for summary disposition filed by a subset of the appellees. The motion for summary disposition is denied, without prejudice to further pursuit of relevant arguments in briefing. See Local Rule 27.0(c) (summary disposition appropriate "if it shall clearly appear that no substantial question is presented"). Resolution of all relevant issues is reserved to the ultimate merits panel.

The moving appellees shall file a response brief within 30 days of entry of this order. Any reply brief will be due within 21 days of service of the last-filed response brief.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christopher Chen-Hsin Wang, Bridget I. Davidson, Raphael Katz, Andrew Braniff, David N. Goldman, Kiersten Jennifer Korczynski, John Casali, Mary Alissa Triick, Paul J. Twomey, Steven J. Dutton, Christopher D. Dodge, Elisabeth C. Frost, David Robert Fox, Walker Roy McKusick, Branden D. Lewiston, Robin D. Melone, Daniel J. Freeman, Gilles R. Bissonnette, Henry R. Klementowicz, Theresa J. Lee, Sophia Lin Lakin, Maura Eileen O'Connor, William Miles Hughes, Sejal S. Jhaveri, Jonathan Rosenberg, James Joseph Armillay Jr., Noah Bokat-Lindell, Jeremy D. Eggleton, Daniel Michael Kobrin, Aaron M. Frey, Nicholas W. Brown, Daniel E. Hall, Stacey Bucci, Jared Fletcher Davidson, Gregory Clarick, David Kumagai